181 So. 514

## KEVETTE v. STATE.

### 8 Div. 706.

Court of Appeals of Alabama.
May 17, 1938.

Tom Burns, of Tuscumbia, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.

The defendant was convicted on an indictment charging the unlawful transporting of five gallons of whisky, and from the judgment he appeals.

The appeal is on the record without bill of exceptions.

We have examined the record, as is required by statute, and find the same in all things regular and without error.

The judgment is affirmed.

Affirmed.